UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| REVEREND CEDRIC V. ALEXANDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. JEROME V. HARRIS, *et al.* ) <br> ) <br> Defendants. ) | Case No. 8:22-CV-00707-PJM |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Unopposed Motion to Stay Matter Pending Final Resolution of MDL No. 3035 filed by Defendants, the African Methodist Episcopal Church, Inc., Council of Bishops of the African Methodist Episcopal Church, and the General Board of the African Methodist Episcopal Church (collectively the "AME Defendants"), and it appearing that good cause exists to stay the proceedings, it is hereby

ORDERED, that the Unopposed Motion to Stay Matter Pending Final Resolution of MDL No. 3035 is granted; and it is further

ORDERED, that all deadlines related to the AME Defendants are stayed pending the resolution of the Motion for Transfer of Actions; and it is further

ORDERED, that the AME Defendants will file a status report with this Court apprising it of the result of the Motion for Transfer within seven days of any Order resolving the Motion for Transfer of Actions; and it is further

ORDERED that if the Motion for Transfer is denied or otherwise resolved and the matter is not transferred for coordination and/or consolidation by the Panel, the AME Defendants will be allowed an extension of time of 20 days to file a responsive pleading in this case.

ENTERED this _27_ day of _April_, 2022.

_____
PETER J. MESSITTE
United States District Judge